**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB, | Civil Action No. 3:25-cv-10793-JSC |
| *Plaintiffs*, | |
| v. | [~~PROPOSED~~] ORDER RELATING CASES |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al. | Judge: Hon. Jacqueline Scott Corley |
| *Defendants*. | |

Pursuant to the parties' Stipulation, and good cause appearing, the Court orders the following:

*Center for Biological Diversity, et al. v. U.S. Department of Agriculture, et al.*, 3:26-cv-00866-RFL is related to the above-captioned case and shall be reassigned to the undersigned Judge.

The parties are instructed that all future filings in the reassigned case are to bear the initials of the undersigned Judge immediately after the case number.

With respect to the case schedule for the reassigned case:

- Any case management conference in the reassigned case will be rescheduled by the Court.
- The parties shall adjust dates for the conference, disclosures, and report required by Federal Rule of Civil Procedure 16 and 26 accordingly.
- Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned Judge, and any deadlines set by the ADR Local Rules remain in effect
- All future filings in the reassigned case will bear the initials of the undersigned Judge immediately after the case number.

IT IS SO ORDERED.

Dated: February 9, 2026      By: _____
THE HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE