**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB, | Civil Action No. 3:25-cv-10793-JSC |
| *Plaintiffs,* | [~~PROPOSED~~] **ORDER ON DEFENDANTS' UNOPPOSED MOTION TO VACATE DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al. | Judge: Hon. Jacqueline Scott Corley |
| *Defendants.* | |

This matter came before the Court on the Defendants' Unopposed Motion to Vacate Deadline to Respond to Complaint (the "Motion"). The Court having considered the Motion, and good cause appearing, it is hereby: **ORDERED** that the Motion is **GRANTED**. Defendants' deadline to respond to Plaintiffs' Complaint, Dkt. No. 1, is vacated pending resolution of Plaintiffs' Unopposed Motion For Leave to File First Amended and Supplemental Complaint for Declaratory and Injunctive Relief, Dkt. No. 22.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2026.

*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley
United States District Court for the
Northern District of California

~~Proposed~~ Order                                                        1