ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

JOHN K. HEISE
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, DC 20002
John.Heise@usdoj.gov
(202) 598-3312

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB, | Civil Action No. 3:25-cv-10793-JSC |
| *Plaintiffs*, | |
| v. | **STIPULATED PROPOSED BRIEFING SCHEDULE; [PROPOSED] ORDER** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al. | Judge: Hon. Jacqueline Scott Corley |
| *Defendants*. | |

The Parties, through their undersigned attorneys, hereby jointly submit this proposed schedule for briefing of the Parties' anticipated cross-motions for summary judgment. This stipulated request is supported by the accompanying Declaration of John K. Heise, and is based on the following facts:

1.  Plaintiffs' complaint in this matter, and in the related matter brought by the same Plaintiffs (*Center for Biological Diversity, et al. v. United States Department of Agriculture, et al.*, 3:26-cv-866-JSC) ("*USDA*") seek judicial review on an administrative record pursuant to 5 U.S.C. § 706 (the Administrative Procedure Act). The Court's role is limited to a review of the

Stipulated Proposed Briefing Schedule and [Proposed] Order                                    1

administrative record.   As such, the parties are exempt from initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(B)(i), and discovery is not appropriate in this matter.

2.	The Parties have met and conferred regarding Plaintiffs' intention to amend their complaint in the *USDA* matter.  Plaintiffs have stated that they will amend their complaint in a manner similar to the amended complaint in this matter, and intend to do so no later than May 8, 2026.  Defendants have agreed to the briefing schedule set forth herein relying upon this representation; to the extent Plaintiffs' amended complaint in the *USDA* matter differs materially from the amended complaint in this matter, Defendants reserve the right to amend the briefing schedule stipulated to herein.

3.	The Parties have met and conferred regarding the compilation of the administrative record(s) and transmittal of the record to Plaintiffs.  The Parties have agreed that Defendants shall transmit the administrative record in this matter to Plaintiffs and the Court, and shall file notices of certification and lodging concerning the same, by April 17, 2026.  The Parties have agreed that Defendants shall transmit the administrative record in the *USDA* matter to Plaintiffs and the Court, and shall file notices of certification and lodging concerning the same, by the later of May 11, 2026, or 14 days after Plaintiffs file an amended complaint.  The Parties further agree that the deadline for Plaintiffs to file any motion to complete or supplement the administrative record in this matter and the *USDA* matter shall be June 5, 2026.  If Plaintiffs file any such motion, the schedule in Paragraph (6) below shall be vacated pending resolution of the motion.

4.	The Parties have met and conferred and, to avoid briefing at the pleading stage and move the case(s) forward to the merits, have agreed that Defendants need not file an Answer in this matter or the *USDA* matter.  Instead, the Parties request that the Court relieve Defendants of their obligation to file an Answer in these matters.  Should any issues remain after the anticipated cross-motions for summary judgment are decided, the parties will meet and confer regarding a schedule for Defendants to respond to the portions of the complaint(s) relevant to any unresolved issues.

5.	The Parties have met and conferred regarding the consolidation of these two cases for purposes of summary judgment and agree that, in the interest of judicial efficiency, this and

the *USDA* matter should be consolidated for purposes of summary judgment briefing. The Parties further agree that, to accommodate two fact sections and differences between the two Final Rules at issue, extended page limits for the cross-motions for summary judgment are necessary. The Parties have agreed to the page limits set forth in Paragraph (6).

6.   The Parties have further met and conferred regarding the briefing schedule for the cross-motions for summary judgment and hereby jointly propose and stipulate to the following:

   a.   Plaintiffs shall file their Motion for Summary Judgment by June 18, 2026 (40-page limit).

   b.   Defendants shall file their combined Opposition/Cross-Motion for Summary Judgment by July 31, 2026 (45-page limit).

   c.   Plaintiffs shall file their combined Reply/Cross-Opposition by August 28, 2026 (30-page limit).

   d.   Defendants shall file their Cross-Reply by September 25, 2026 (25-page limit).

7.   The Parties further request that the Court vacate the Case Management Conference in the *USDA* matter scheduled for May 6, 2026, and that the Parties be relieved from the requirement of submitting a Joint Case Management Statement.

8.   Plaintiffs' Motion for Partial Summary Judgment in the *USDA* matter is pending before the Court, Dkt. No. 20, and Defendants' response is due on April 21, 2026, Dkt. No. 25. This motion pertains to USDA's "interim final rulemaking" that has since been superseded by USDA's "final rule," and the Parties agree that the Court need not address these claims until after the consolidated cross-motions for summary judgment, which will address Plaintiffs' claims challenging Interior's and USDA's final rules. The Parties stipulate to a stay of briefing on the Motion for Partial Summary Judgment in the *USDA* matter until the Parties' consolidated cross-motions for summary judgment are resolved. Plaintiffs reserve the right to withdraw the Motion for Partial Summary Judgment and/or file an amended motion to brief additional claims.

Respectfully Submitted this 15th of April, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice

/s/ *John K. Heise*
John K. Heise
Trial Attorney
Environment & Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, D.C. 20002
(202) 598-3312
John.Heise@usdoj.gov

*Counsel for Defendants*

/s/ *Brandon Jones-Cobb*
Brandon Jones-Cobb (AK Bar No. 1610078)
(*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 30604
Seattle, WA 98113-0604
Phone: 564-397-0830, ext. 478
Email: bjonescobb@biologicaldiversity.org

Wendy Park (Cal. Bar No. 237331)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Tel: 510-844-7138
Email: wpark@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Sierra Club*

Nathaniel Shoaff (Cal. Bar No. 256641)
Elizabeth Benson (Cal. Bar No. 268851)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
Phone: 415-977-5610
Email: nathaniel.shoaff@sierraclub.org
Email: elly.benson@sierraclub.org

*Attorneys for Sierra Club*

Stipulated Proposed Briefing Schedule and [Proposed] Order                    4

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that:

1.    Defendants are relieved of their obligation to file an answer in this matter and *Center for Biological Diversity, et al. v. United States Department of Agriculture, et al.* (3:26-cv-866-JSC) ("*USDA*").  Should any issues remain after the anticipated cross-motions for summary judgment are decided, the parties will meet and confer regarding a schedule for Defendants to respond to the portions of the complaint(s) relevant to any unresolved issues.

2.    Defendants shall transmit the administrative record in this matter to Plaintiffs and the Court, and shall file notices of certification and lodging concerning the same, by April 17, 2026.  Defendants shall transmit the administrative record in the *USDA* matter to Plaintiffs and the Court, and shall file notices of certification and lodging concerning the same, by the later of May 11, 2026, or 14 days after Plaintiffs file an amended complaint.

3.    Plaintiffs shall file any motions to complete or supplement the administrative record by June 5, 2026.

4.    The cross-motions for summary judgment in this matter shall be consolidated with the cross-motions in the *USDA* matter.

5.    The Parties shall adhere to the following briefing schedule and page limits for the anticipated consolidated cross-motions for summary judgment:

   a.   Plaintiffs shall file their Motion for Summary Judgment by June 18, 2026 (40-page limit).

   b.   Defendants shall file their combined Opposition/Cross-Motion for Summary Judgment by July 31, 2026 (45-page limit).

   c.   Plaintiffs shall file their combined Reply/Cross-Opposition by August 28, 2026 (30-page limit).

   d.   Defendants shall file their Cross-Reply by September 25, 2026 (25-page limit).

Stipulated Proposed Briefing Schedule and [~~Proposed~~] Order                                                    5

6.    The Case Management Conference in the *USDA* matter scheduled for May 6, 2026, is vacated, and the Parties are relieved from the requirement of submitting a Joint Case Management Statement in the *USDA* matter.

7.    Briefing on Plaintiffs' Motion for Partial Summary Judgment in the *USDA* matter Dkt. 20, shall be stayed until the Parties' consolidated cross-motions for summary judgment are resolved.  The Parties shall meet and confer, after the resolution of the cross-motions for summary judgment, to determine whether further briefing is necessary to resolve Plaintiffs' motion for partial summary judgment pertaining to USDA's interim final rule and whether Plaintiffs wish to withdraw the motion and/or file an amended motion. If further briefing is necessary, the Parties shall propose a briefing schedule within 14 days of the Court's ruling on the cross-motions for summary judgment.

IT IS SO ORDERED.

DATED: April 15, 2026

_____
HON. JACQUELINE SCOTT CORLEY
United States District Judge

Stipulated Proposed Briefing Schedule and [Proposed] Order                                    6