Wendy Park (Cal. Bar No. 237331)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Phone: 510-844-7138
Email: wpark@biologicaldiversity.org

Brandon Jones-Cobb (AK Bar No. 1610078)
(*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 30604
Seattle, WA 98113-0604
Phone: 564-397-0830, ext. 478
Email: bjonescobb@biologicaldiversity.org

Hannah Connor (DC Bar No. 1014143)
(*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Suite 1300
Washington, DC 20005
Phone: 202-641-6176
Email: hconnor@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Sierra Club*

(Additional co-counsel listed in signature block)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.

*Defendants*.

---

CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,

*Plaintiffs*,

v.

Civil Action No. 3:25-cv-10793-JSC
(rel. 3:26-cv-00866-JSC)

**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFFS' CONSOLIDATED COMBINED REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT & CROSS-OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Judge: Hon. Jacqueline Scott Corley

UNITED STATES DEPARTMENT OF AGRICULTURE, et al.

*Defendants*.

Pursuant to Local Rule 6-1, the Parties, through their undersigned attorneys, hereby jointly submit this stipulated request to extend the time for Plaintiffs to file their consolidated combined Reply in Support of Motion for Summary Judgment and Cross-Opposition to Defendants' Cross-Motion for Summary Judgment ("combined Reply/Cross-Opposition"), in the two related above-captioned cases (the "*Interior* and *USDA* cases"). Plaintiffs respectfully request that the Court extend the deadline by 14 days, from August 28, 2026 to September 11, 2026 and adjust Defendants' deadline to file their Cross-Reply from September 25 to October 23, 2026.

Under the schedule set forth in the Court's April 15, 2026 Order the Court ordered consolidated summary judgment briefing in the *Interior* and *USDA* cases. No. 3:25-cv-866-10793-JSC, Dkt. 33. The parties have since commenced briefing on consolidated cross-motions for summary judgment. Under the Court's April 15, 2026 Order, Plaintiffs' combined Reply/Cross-Opposition is currently due August 28, 2026.

Plaintiffs respectfully request an extension of 14 days to file their combined Reply/Cross-Opposition. Plaintiffs need additional time to file their brief because of several unanticipated intervening matters. This includes:

- briefing in support of a motion for preliminary injunction, due on August 28, 2026 (the same day Plaintiffs' combined Reply/Cross-Opposition is currently due), which Plaintiffs' counsel Brandon Jones-Cobb is currently preparing;
- an administrative protest of, and comments on, a proposed project and related resource management plan amendments, due on August 24, 2026, which Plaintiffs' counsel Wendy Park is preparing; and

- additional litigation responsibilities that Ms. Park has assumed after a colleague's recent departure from her organization.

In addition, Mr. Jones-Cobb has a long-planned vacation scheduled from August 23 to 26, 2026, and will be preparing for oral argument for the above-mentioned preliminary injunction motion, which is currently scheduled for September 3, 2026. Thus, Plaintiffs request a 14-day extension, from August 28 to September 11, 2026, on their combined Reply/Cross-Opposition.

To account for this 14-day extension, the Parties jointly request that Defendants' deadline to file their Cross-Reply be adjusted from September 25, 2026 to October 23, 2026.

The Court may extend the deadline in question for good cause shown. Fed. R. Civ. P. 6(b)(1)(A). Good cause exists for the requested extension. Plaintiffs' counsel have been diligently working to prepare their combined Reply/Cross-Opposition but have also had to turn to the intervening matters noted above to meet these other deadlines.

There has been only one prior extension in the *Interior* case, extending Defendants' time to respond to Plaintiffs' Complaint. Dkt. 15. In the *USDA* case, there has been only one prior extension, extending Defendants' time to respond to Plaintiffs' initial motion for partial summary judgment. Dkt. 25. The requested extension would have no effect on the schedules of these two cases, apart from potentially delaying the resolution of Plaintiffs' Consolidated Partial Motion for Summary Judgment. Briefing would be completed 13 days before the hearing on cross-motions for summary judgment, currently noticed for November 5, 2026.

In sum, the Parties respectfully request that the Court extend the time for Plaintiffs to file their combined Reply/Cross-Opposition, in response to Defendants' Opposition/Cross-Motion for Summary Judgment, from August 28 to September 11, 2026, and adjust the time for Defendants to file their Cross-Reply from September 25 to October, 23, 2026.

Respectfully submitted this 20th day of August, 2026.

/s/ *Wendy Park*
Wendy Park (Cal. Bar No. 237331)
CENTER FOR BIOLOGICAL DIVERSITY

2100 Franklin St., Suite 375
Oakland, CA 94612
Tel: 510-844-7138
Email: wpark@biologicaldiversity.org

Brandon Jones-Cobb (AK Bar No. 1610078)
(*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 30604
Seattle, WA 98113-0604
Phone: 564-397-0830, ext. 478
Email: bjonescobb@biologicaldiversity.org

Hannah Connor (DC Bar No. 1014143)
(*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Suite 1300
Washington, DC 20005
Phone: 202-681-1676
Email: hconnor@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Sierra Club*

Nathaniel Shoaff (Cal. Bar No. 256641)
Elizabeth Benson (Cal. Bar No. 268851)
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
Phone: 415-977-5610
Email: nathaniel.shoaff@sierraclub.org
Email: elly.benson@sierraclub.org

*Attorneys for Sierra Club*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice

/s/ *John K. Heise*
John K. Heise
Trial Attorney
Environment & Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, D.C. 20002
(202) 598-3312
John.Heise@usdoj.gov

*Counsel for Defendants*

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that:

- Plaintiffs' time to file their consolidated combined Reply in Support of Motion for Summary Judgment and Cross-Opposition to Defendants' Cross-Motion for Summary Judgment is extended by 14 days from August 28 to September 11, 2026; and
- Defendants' time to file their Cross-Reply in Support of Defendants' Cross-Motion for Summary Judgment is adjusted from September 25 to October, 23, 2026;
- The hearing on the motions is continued to November 19, 2026 at 10:00 a.m.

IT IS SO ORDERED.

DATED: August 21, 2026




THE HON. ... SCOTT
...dge