ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice

SEAN C. DUFFY
Energy & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, DC 20002
sean.c.duffy@usdoj.gov
(202) 598-7291

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*.,

*Defendants*.

CENTER FOR BIOLOGICAL DIVERSITY and SIERRA CLUB,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al*.,

*Defendants*.

No. 3:25-cv-10793-JSC
No. 3:26-cv-866-JSC

**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE DEFENDANTS' CONSOLIDATED CROSS-REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Hon. Jacqueline Scott Corley

Pursuant to Local Rule 6-1, the parties, through their undersigned attorneys, jointly submit this stipulated request to extend time for Defendants to file their consolidated Cross-Reply in Support of Motion for Summary Judgment ("Defendants' Reply"), in the two related above-captioned cases (the "*Interior* and *USDA* cases"). Defendants respectfully request that the Court extend the deadline by 28 days, from October 23, 2026 to November 20, 2026. The parties are conferring on the hearing on these motions—which is currently scheduled for November 19, 2026, and after conferring will propose an alternative hearing date in December, 2026 or January, 2027.

Under the schedule set forth in the Court's April 15, 2026 Order the Court ordered consolidated summary judgment briefing in the *Interior* and *USDA* cases. No. 3:25-cv-866-10793-JSC, Dkt. No. 33. The parties have since commenced briefing on consolidated cross-motions for summary judgment. On August 21, 2026, the Court granted the parties' stipulated request to extend the deadlines for Plaintiffs' consolidated combined Reply in Support of Motion for Summary Judgment and Cross-Opposition to Defendants' Motion for Summary Judgment ("Plaintiffs' Reply/Cross-Opposition") from August 28, 2026 to September 11, 2026 and adjusted the time to file Defendants' Reply to October 23, 2026, which is Defendants' current deadline. Dkt. No. 40.

Defendants respectfully request an extension of 28 days to file their Reply. Defendants need additional time to file their brief because of several intervening matters that were unanticipated when the Court granted the stipulated request. This includes matters that are ongoing and others that are upcoming:

- the recent resignation of Defendants' previous counsel, requiring reassignment to undersigned counsel who was previously unfamiliar with these cases and the voluminous administrative records;
- preparing co-counsel for oral argument in a case in the U.S. Court of Appeals for the District of Columbia Circuit, which took place on October 5, 2026;
- preparing court ordered updates regarding a preliminarily enjoined project on October 7 and October 28, 2026;

- summary judgment briefing with deadlines on October 2, October 26 (one business day after Defendants' Reply is due), and November 12, 2026;
- preparing a brief on remedy with a deadline of October 21, 2026;
- negotiating settlement under a court-ordered deadline of October 23, 2026;
- oral argument on summary judgment scheduled for November 19, 2026.

In addition, undersigned counsel has a previously planned vacation scheduled from November 4-5, 2026. Thus, Defendants request a 28-day extension, from October 23 to November 20, 2026 for their Reply.

The Court may extend a deadline for good cause shown. Fed. R. Civ. P. 6(b)(1)(A). Good cause exists for the requested extension. Defendants' counsel has been diligently working to become familiar with the prior filings in these cases, the administrative records, the underlying agency actions being challenged, and the summary judgment briefs that have been filed while simultaneously preparing Defendants' Reply.

There have been two prior extensions in the *Interior* case. The first was extending Defendants' time to respond to Plaintiffs' Complaint. Dkt. No. 15. The second was the aforementioned extension of time for Plaintiffs' Reply/Cross-Opposition. Dkt. No. 40. In the *USDA* case, there has been only one prior extension, extending Defendants' time to respond to Plaintiffs' initial motion for partial summary judgment. Dkt. No. 25.

The only effect that granting this requested extension would have on the schedules of these two cases would be to push out the hearing date, which is currently scheduled for November 19, 2026. As such, the parties are conferring and intend to propose to set the hearing on the Cross-Motions for Summary Judgment for a date in December, 2026 or January, 2027.

In sum, the parties respectfully request that the Court extend the time to file Defendants' Reply from October 23 to November 20, 2026.

Respectfully submitted this 20th day of October, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice

/s/ Sean C. Duffy
SEAN C. DUFFY (NY Bar No. 4103131)
Trial Attorney
Energy & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 598-7291
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*

/s/ Brandon-Jones-Cobb
Brandon Jones-Cobb (AK Bar No. 1610078)
(*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 30604
Seattle, WA 98113-0604
Phone: 564-397-0830, ext. 478
Email: bjonescobb@biologicaldiversity.org

Wendy Park (Cal. Bar No. 237331)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Suite 375
Oakland, CA 94612
Tel: 510-844-7138
Email: wpark@biologicaldiversity.org

Hannah Connor (DC Bar No. 1014143)
(*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K St. NW, Suite 1300
Washington, DC 20005
Phone: 202-641-6176
Email: hconnor@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Sierra Club*

Nathaniel Shoaff (Cal. Bar No. 256641)
Elizabeth Benson (Cal. Bar No. 268851)

SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
Phone: 415-977-5610
Email: nathaniel.shoaff@sierraclub.org
Email: elly.benson@sierraclub.org
*Attorneys for Sierra Club*

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that Defendants' time to file their consolidated Cross-Reply in Support of Motion for Summary Judgment is extended by 28 days from October 23 to November 20, 2026.

IT IS SO ORDERED.

DATED: October 20, 2026

Jacqueline Scott Corley

HON. JACQUELINE SCOTT CORLEY
United States District Judge